# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| STEVEN RYALS, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| vs. | ) | Case No. CIV-10-801-M |
| ERIC FRANKLIN, Warden, | ) |  |
| Respondent. | ) |  |

## ORDER

On September 14, 2010, United States Magistrate Judge Doyle Argo issued a Report and Recommendation brought pursuant to 28 U.S.C. § 2241 challenging a prison disciplinary conviction for possession of a sharpened instrument. Because there is "some evidence" to support the finding of petitioner's guilt, the Magistrate Judge recommends that Petition seeking habeas corpus relief be denied. Petitioner was advised of his right to object to the Report and Recommendation by October 4, 2010, and on October 5, 2010, petitioner filed his objections disputing the Magistrate Judge's finding of "some evidence" of petitioner's guilt.

Upon de novo review, the Court:

(1) OVERRULES petitioner's objections to the well-reasoned and thorough Report and Recommendation issued by the Magistrate Judge on September 14, 2010;

(2) ADOPTS the well-reasoned and thorough Report and Recommendation issued by the Magistrate Judge on September 14, 2010;

(3) DENIES the Petition seeking habeas corpus relief pursuant to 28 U.S.C. § 2241; and

(4) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 14th day of October, 2010.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE